# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>JONATHAN W. MILLER,<br><br>            Defendant. | 8:21CR260<br><br>ORDER |

This matter is before the Court on the defendant's motion (Filing No. 156) requesting the Clerk of Court provide him with a copy of his docket sheet without payment of costs.

On August 24, 2022, the Court accepted the defendant's plea of guilty to counts and I and III of the Indictment, without a plea agreement. (Filing Nos. 109-113). On August 25, 2022, the Court sentenced the defendant to a term of 205 months on Count I and 205 months on Count II, to be served concurrently; Supervised Release for a term of 5 years on Count I and 3 years on count II, to be served concurrently; and a Special Assessment of $200.00. (Filing No. 113). The defendant did not appeal. Other than this motion for copies, the defendant has no motions or cases pending before this court. The defendant does not have the right to receive copies of documents without payment, and has made no showing as to why he needs these documents. Therefore, the Court is not inclined to order copies of the requested documents at the government's expense. As previously advised by the Clerk of the Court (Filing No. 123), the defendant may pay for the requested copies at the established rate of 50¢ per page; the cost for a copy of his docket sheet is $3.50. Accordingly,

**IT IS ORDERED** that the defendant's motion (Filing No. 156) requesting free copies is denied.

Dated this 25th day of November, 2025.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge